Writ refused. There is no error of law in the judgment of the Court of Appeal.

206 So.2d 90

**George CLERK**

v.

**The CONNECTICUT FIRE INSURANCE COMPANY.**

**No. 49017.**

Feb. 2, 1968.

Writ refused. The judgment complained of is correct.

206 So.2d 90

**LIBERTY LOAN CORPORATION OF LAFAYETTE, INC.**

v.

**W. W. JOBE.**

**No. 49018.**

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal the result is correct.